# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DELIS PIERRE

NO. 2019 KW 0538

JUL 2 2 2019

---

In Re:     Delis Pierre, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1100081.

---

**BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT DENIED.** Relator's convictions and sentences became final in 2013. See La. Code Crim. P. arts. 922(D) & 930.8(A). Inmates are not entitled to documents where their postconviction claims are time barred or not cognizable on collateral review. See **State ex rel. Brown v. State,** 2003-2568 (La. 3/26/04), 870 So.2d 976 (*per curiam*). See also **State ex rel. Pierre v. State,** 2017-0385 (La. 5/25/18), 243 So.3d 562 (*per curiam*).

**PMc**
**TMH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT